**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Jump Trading, LLC v. Bruce Lo

Case Number:
FILED: JULY 7, 2008
08CV3860
JUDGE NORDBERG
MAGISTRATE JUDGE BROWN
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jump Trading, LLC

| |
|---|
| NAME (Type or print)<br>Gerald M. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>س/ Gerald M. Miller |
| FIRM<br>Vanasco Genelly & Miller |
| STREET ADDRESS<br>33 N. LaSalle St., Suite 2200 |
| CITY/STATE/ZIP<br>Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1912860 | 312-786-5100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |