# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Jump Trading, LLC v. Bruce Lo | Case Number:<br>FILED: JULY 7, 2008<br>08CV3860<br>JUDGE NORDBERG<br>MAGISTRATE JUDGE BROWN<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jump Trading, LLC

| |
|---|
| NAME (Type or print)<br>James E. Judge |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James E. Judge |
| FIRM<br>Vanasco Genelly & Miller |
| STREET ADDRESS<br>33 N. LaSalle St., Suite 2200 |
| CITY/STATE/ZIP<br>Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243206 | TELEPHONE NUMBER<br>312-786-5100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐