IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUMP TRADING, LLC, an Illinois limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE LO, <br><br> Defendant. | No. 08 CV 3860 <br><br> Hon. John A. Nordberg |

**STIPULATION TO DISMISS**

Plaintiff JUMP TRADING, LLC and Defendant BRUCE LO, by their respective attorneys, hereby inform the Court that they have entered into a confidential settlement of the matters at issue in this lawsuit and have agreed that each party shall bear his or its own costs in relation to this action. Therefore, the parties respectfully request that this matter be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| S/James E. Judge | S/Gerald B. Mullin |
| James E. Judge, Esq. | Gerald B. Mullin |
| VANASCO, GENELLY & MILLER | Gerald B. Mullin, P.C. |
| Attorneys for Plaintiff Jump Trading, LLC | Attorneys for Defendant Bruce Lo |
| | |
| 33 N. LaSalle Street, Suite 2200 | 122 South Michigan Ave. |
| Chicago, IL 60602 | Suite 1720 |
| (312) 786-5100 | Chicago IL 60603 |
| | (312) 229-6800 |